IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSIE LEE SHUMAKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                        CASE NO. 1D15-0348

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed February 17, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Jessie Lee Shumaker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.